JACKSON, ex dem. PAYN, against YALE.

BUTLER, moved for judgment as in case of non-suit.

S. A. *Foot* objected, that the affidavit of service stated that the papers were served on the plaintiff's attorney by delivering the same to a clerk in his office; without stating that the attorney was either *absent from home*, or *absent from his office*.

*Curia.* Service on a clerk, while in the office, is sufficient, whether the attorney be there or not.

Motion granted.

A delivery of papers to the clerk of the attorney, while such clerk is in the office, is a valid service; whether the attorney is there present, or is absent.